UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TIM McLANAHAN, )
                     Plaintiff, )    No. CV-11-390-LRS
                   vs. )    **ORDER OF DISMISSAL**
ALL MEDIA, et al. )
                   Defendants. )

The *pro se* Plaintiff has been allowed to file his Complaint *in forma pauperis* subject to review by the undersigned for legal sufficiency. (ECF No. 3).

Nothing recited in the Complaint rises to the standard of stating a plausible claim for relief as required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009). Amendment would be futile, the Complaint is frivolous, and accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. Section 1915(e)(2)(B)(i) and (ii).

**IT IS SO ORDERED**. The District Executive shall enter judgment accordingly and forward copies of the judgment and this order to Plaintiff. The file shall be **CLOSED**.

**DATED** this   31st   of October, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

ORDER OF DISMISSAL - 1