AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TIM McLANAHAN,

                Plaintiff,

                              JUDGMENT IN A CIVIL CASE

                v.

ALL MEDIA, et al.,

                              CASE NUMBER: CV-11-390-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on October 31, 2011, ECF No. 7, judgment is entered in favor of Defendants.

| | |
|---|---|
| October 31, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |